# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FABIAN T. MORRISON,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1417 |
| v | : | |
| | | (JUDGE MANNION) |
| **KAREN E. ROCHLIN, et al.,** | : | |
| Defendants | : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to sever and transfer Claim Nos. one through four (Doc. 47) is **GRANTED**. The Clerk of Court is directed to sever claims one through four (See Doc. 5 at 1-6) and transfer that portion of the complaint to the United States District Court for the Middle District of Florida.

2. As a result of the transfer of Claim Nos. one through four, the Clerk of Court is directed to terminate the following Defendants for lack of personal jurisdiction: Karen E. Rochlin, Tamyra Jarvis, Jorge Pastrana, John Flournoy, Ganson McManus, Thomas Matthews, Nathaniel Bullock, Erik Rickard, Margaret Reherman, Margaret Harris, Ebelia Carrero, Glen A. Fine, Thomas F. McLaughlin, Mary Practice Brown, Charles Samuels, and Harell Watts.

3. Plaintiff's motion to transfer the above captioned action back to the United States District Court for the Eastern District of Pennsylvania (Doc. 45) is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 29, 2017**