UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| FABIAN T. MORRISON, | : | |
| --- | --- | --- |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1417 |
| v | : | (JUDGE MANNION) |
| KAREN E. ROCHLIN, et al., | : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 49) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. Plaintiff's motions for appointment of counsel (Docs. 70, 75), and motion for disposition and summary judgment (Doc. 73) are **DENIED**.

3. Plaintiff's motion for reconsideration of this Court's January 24, 2017 Order denying Plaintiff's motion for appointment of counsel (Doc. 65) is deemed **WITHDRAWN** for failure to file a brief in support, in accordance with M.D. Pa. Local Rule 7.5.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 29, 2017**