# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FABIAN T. MORRISON,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1417 |
| v. | : | (JUDGE MANNION) |
| **KAREN E. ROCHLIN, et al.,** | : | |
| Defendants | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 90) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*S/ Malachy E Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 31, 2020**

16-1417-03-ORDER.